THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM LUPO, Appellant.— Judgment of the County Court, Kings County, convicting the defendant of the crimes of robbery in the second degree, petit larceny, and assault in the second degree, unanimously affirmed. No opinion. Present — Nolan, P. J. Carswell, Wenzel, MacCrate and Beldock, JJ.

JAY WEIL et al., Appellants-Respondents, v. ATLANTIC BEACH HOLDING CORPORATION et al., Respondents-Appellants; HARRY KOEPPEL et al., Appellants; UNDERWRITERS TRUST COMPANY, Respondent, et al., Defendants.— In an action to establish that plaintiffs and other property owners in Atlantic Beach, Nassau County, have an easement over and the right to free and unobstructed use of a boardwalk and specified portions of designated streets therein, certain defendants appeal from orders denying their motions for separate trials. Plaintiffs appeal from an order denying their motion to examine a witness before trial. Orders denying motions for separate trials affirmed, with one bill of $10 costs and disbursements. No opinion. Order denying plaintiffs' motion for an examination before trial reversed on the law and the facts, without costs, and motion granted, with $10 costs; the examination to proceed on ten days' notice. In our opinion the examination should have been allowed. (Cf. *Dorros, Inc.*, v. *Dorros Bros.*, 274 App. Div. 11; *Fahey* v. *South Nassau Communities Hosp.*, 275 App. Div. 1056.) Nolan, P. J., Carswell, Wenzel and MacCrate, JJ., concur; Adel, J., not voting.

## (January 26, 1953.)

IRMA CHICK, Appellant, v. LEONARD GLASSHEIM, Respondent.— Motion for leave to appeal to the Appellate Division granted. There are questions concerning the applicable maximum rent during the interval between the original registration in 1943 herein and the determination of the Rent Administrator in 1952. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

LOUIS D'AQUINTO, Respondent, v. GEORGE ROSEN et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

DANIEL FALINA, Respondent, v. HOLLIS DINER, INC., Appellant.— Motion referred to the court that rendered the decision. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied as unnecessary. Present — Nolan, P. J., Carswell, Adel and Wenzel, JJ. [See *ante*, p. 711.]